```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALOISE SACHVERSICHERUNG AG, *et al.*,

        Plaintiffs,

    -v-

KUEHNE + NAGEL INC.,

        Defendant.

**ORDER**

24-CV-7873 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 23, 2024, this case was referred to the assigned magistrate judge for settlement. ECF No. 6.

A conference is scheduled on **August 6, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 719 477 171#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 23, 2025
      New York, New York

                                                 _____
                                                 Henry J. Ricardo
                                                 United States Magistrate Judge